UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERESA L. RIBELIN COOK | § § | |
| PLAINTIFF, | § § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-01495 |
| | § | |
| HARRIS COUNTY; KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY; JOHN BREWER; AND BRYAN VACLAVIK, | § § § § | |
| DEFENDANTS. | § | JURY DEMANDED |

**PLAINTIFF'S NOTICE REGARDING STATE COURT ACTION**

COMES NOW, Teresa L. Ribelin Cook ("**Cook**") and pursuant to this Court's August 23, 2019 Order [Dkt No. 25] files this Notice Regarding State Court Action and states:

1. Following this Court's May 23, 2019 order, a "hearing" was held on July 2, 2019 before Judge Kelli Johnson, District Judge of the 178th Judicial District Court of Harris County, Texas. The July 2, 2019 "hearing" was in Judge Johnson's chambers and Cook was excluded by the Judge. The "hearing" consisted of legal arguments and the undersigned presented Judge Johnson with a Brief but no evidence was presented. During the July 2, 2019 hearing, Judge Johnson stated that the situation was very unusual and that there was no ongoing state proceeding. Judge Johnson heard argument and concluded the "hearing" with the understanding that a subsequent hearing would be held on the matter.

2. The second "hearing" was held on August 23, 2019 (again this "hearing" was in chambers; Cook was excluded; no evidence was presented; and the undersigned presented the Judge with another Brief), during that hearing, Judge Johnson ruled that Cook lacked standing to assert her claims of her attorney/client and work product privileges and her constitutional claims to privacy and

1

to the return of her property. Judge Johnson signed an order allowing the Harris County District Attorney's "taint team" to go through Cook's private, confidential Legal Files seized from her lawyer's offices.

3. On August 29, 2019, Cook filed with the First or Fourteenth Court of Appeals of the State of Texas a Writ of Mandamus against Judge Johnson and a Motion for Emergency Stay.

4. In the event, the Courts of the State of Texas refuse to recognize Cook's constitutional rights and continue to ignore her evidentiary privileges, Cook, pursuant to this Court's Memorandum and Order of May 23, 2019, will again request relief from this Court because she will have exhausted her claims in state court.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
    Michael J. Durrschmidt
    State Bar No. 06287650
    Victoria Argeroplos
    State Bar No. 24105799
    1415 Louisiana St, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 223-5181
    Telecopier: (713) 223-9319
    Email: mdurrschmidt@hirschwest.com
    Email: vargeroplos@hirschwest.com

**ATTORNEYS FOR PLAINTIFF**
**TERESA L. RIBELIN COOK**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing was served upon the parties through the Clerk of Court via CM/ECF.

    /s/ Michael J. Durrschmidt
    Michael J. Durrschmidt

20170275.20190379/3345003.1