United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TERESA L. RIBELIN COOK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-01495 |
| § | |
| **HARRIS COUNTY,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Teresa Ribelin Cook brought this suit against Defendants Harris County, Kim Ogg, John Brewer and Bryan Vaclavick. Defendants have filed a Motion to Dismiss. ECF No. 42. Plaintiff has notified the Court that she does not oppose the Motion.

Accordingly, Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on January 24, 2023.

Keith P. Ellison
United States District Judge